1
2
3
4
5

6   IN THE UNITED STATES BANKRUTPCY COURT
    FOR THE DISTRICT OF OREGON

7
    CHRISTOPHER EMANUEL CARDY,   )       Case No. 09-35412-rld13
8                                )
                        Debtor.  )       AFFIDAVIT OF NATIONAL
9   _____    )       DEFAULT SERVICING
                                         CORPORATION, AUTHORIZED
10                                       SERVICING AGENT FOR US BANK
                                         NATIONAL ASSOCIATION
11

12  STATE OF ARIZONA        )
                            )
13  COUNTY OF MARICOPA   )

14
    Olivia Todd, being first duly sworn on oath, deposes and says:
15
        I am a President for the National Default Servicing Corporation, authorized
16
    servicing agent for US Bank National Association. I make this affidavit on the basis of my
17
    review of the files and records maintained with respect to the account at issue by US Bank
18
    National Association. All such records were made at or near the time of the events
19
    recorded and were kept in the ordinary course of business of US Bank National
20
    Association. I am a custodian of the records and can attest as to their authenticity and their
21
    mode of preparation.
22
        US Bank National Association is servicing a loan secured by a deed of trust against
23
    real property owned by the Debtor. The deed of trust is held by US Bank National
24

25  AFFIDAVIT OF NATIONAL DEFAULT SERVICING        BISHOP, WHITE & MARSHALL, P.S.
    CORPORATION - 1                                    720 OLIVE WAY, SUITE 1301
                                                    SEATTLE, WASHINGTON 98101-1801
                                                    206/622-5306  FAX: 206/622-0354

1 | Association, a secured creditor in these proceedings. Attached hereto as Exhibit A is a true

2 | and correct copy of the post-petition payment history with respect to the account at issue,

3 | which is the subject of the motion for relief from stay. As more particularly shown in the

4 | payment history, the Debtor has made the following post-petition payments:

5 |          Payment Made                         Payment Due

6 |    September 3, 2009                    August 1, 2009
       October 15, 2009                    September 1, 2009
7 |    November 12, 2009                   October 1, 2009
       January 12, 2010                    November 1, 2009
8 |    February 16, 2010                   December 1, 2009
       March 15, 2010                      January 1, 2010
9 |    April 14, 2010                      February 1, 2010

10

11 | The account is past due for the months of March and April 2010. There was a

12 | payment change in March 2010. The payment due for February 2010 is $1,298.84. A

13 | payment of $1,400.00 was received on April 14, 2010 and was applied as the February

14 | 2010 payment with $52.41 applied to the February 2010 late charges and $48.75 to the

15 | suspense account.

16 | The payments due for the months of March and April are $1,309.89 each. In

17 | addition, there are two late charges of $52.41 each for the months of March and April.

18 | Post-petition property inspection fees of $120 and post-petition attorney's fees and costs of

19 | $550 for the motion for relief from stay have also been incurred, together with a filing fee.

20 | The suspense balance is $304.46.

21 | Dated this 23RD day of April, 2010.

22 |                              Olivia Todd, President of NDSC

23 | Subscribed and sworn to before me this 23RD day of April, 2010.

24

25 | AFFIDAVIT OF NATIONAL DEFAULT SERVICING        BISHOP, WHITE & MARSHALL, P.S.
       CORPORATION - 2                                   720 OLIVE WAY, SUITE 1301
                                                   SEATTLE, WASHINGTON 98101-1801
                                                   206/622-5306  FAX  206/622-0354

1

2

Notary Public in and for Maricopa County
The State of ARIZONA
Printed Name: _PAMELA CARDY_
My Commission Expires: _JUNE 8 2011_

3

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AFFIDAVIT OF NATIONAL DEFAULT SERVICING
CORPORATION - 3

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX  206/622-0354

```
CE CARDY      DUE 02/01/10  PMT   1,298.84  TYPE CONV. RES
35 NE HOLMAN ST             PORTLAND OR 97211
----------------------------* PF8 FOR MORE HIST *----------------PRO EP1 ----
ACT    DATE     AMOUNT    DUE DATE

       04/20/10                      MOTION FOR RELIEF HEARING
       04/15/10       99.00  03/01/10 TO TRUSTEE SUSPE/033110/000000000235018
       04/15/10       52.41          TO LC (2/10)                           *
       04/15/10                      EFF DATE 04/15/10
       04/15/10     1351.25  02/01/10 1 POST-PETITION PMTS FROM SUSPENSE
       04/14/10     1400.00          TO DEBTOR SUSPENSE                      +
       03/30/10                      MOTION FOR RELIEF FILED
       03/16/10       52.41          PD TO LC (01/10)                        *
       03/16/10                      EFF DATE 03/15/10
       03/16/10     1351.25  01/01/10 1 POST-PETITION PMTS FROM SUSPENSE
       03/15/10     1400.00          TO DEBTOR SUSPENSE                      +
       03/11/10                      MOTION FOR RELIEF REQUESTED
       03/08/10       99.00  02/01/10 TO TRUSTEE SUSPE/022610/000000000233312
       02/25/10                      EFF DATE 02/16/10
       02/25/10     1298.84  12/01/09 1 POST-PETITION PMTS FROM SUSPENSE
       02/16/10     1400.00          TO DEBTOR SUSPENSE                      +
```

CE CARDY     DUE 01/01/10  PMT   1,298.84  TYPE CONV. RES
35 NE HOLMAN ST              PORTLAND OR 97211
----------------------------* PF8 FOR MORE HIST *----------------PRO EP1 ----

ACT    DATE     AMOUNT    DUE DATE

    03/30/10                         MOTION FOR RELIEF FILED
    03/16/10      52.41              PD TO LC (01/10)                          *
    03/16/10                         EFF DATE 03/15/10
    03/16/10    1351.25  01/01/10  1 POST-PETITION PMTS FROM SUSPENSE
    03/15/10    1400.00              TO DEBTOR SUSPENSE                        +
    03/11/10                         MOTION FOR RELIEF REQUESTED
    03/08/10      99.00  02/01/10 TO TRUSTEE SUSPE/022610/000000000233312
    02/25/10                         EFF DATE 02/16/10
    02/25/10    1298.84  12/01/09  1 POST-PETITION PMTS FROM SUSPENSE
    02/16/10    1400.00              TO DEBTOR SUSPENSE                        +
    02/10/10      99.00  01/01/10 TO TRUSTEE SUSPE/012910/000000000231624
    01/27/10                         EFF DATE 01/12/10
    01/27/10    1298.84  11/01/09  1 POST-PETITION PMTS FROM SUSPENSE
    01/27/10                         10   CONSENT ORDER/APO/STIP
    01/27/10                         10   CONSENT ORDER/APO/STIP
    01/12/10    1400.00              TO DEBTOR SUSPENSE                        +

```
CE CARDY      DUE 01/01/10   PMT   1,298.84  TYPE CONV. RES
35 NE HOLMAN ST            PORTLAND OR 97211
---------------------------* PF8 FOR MORE HIST *----------------PRO EP1 ----
ACT    DATE     AMOUNT    DUE DATE


     01/07/10       495.00  12/01/09 TO TRUSTEE SUSPE/123109/000000000229973
     12/28/09                        BNK ADDED CHAP 13 PROC EP1
     11/27/09                        REMOVE -
     11/27/09                        01  11/04/09  MOTION FOR RELIEF GRANTED
     11/27/09                        TR SUSP BAL (0) AT CLOSING                *
     11/27/09                        DT SUSP BAL (3.48) AT CLOSING             *
     11/25/09                        *TR SUSP BAL -0-*                         *
     11/25/09                        *DT SUSP BAL AT CLOSING $3.48*            *
     11/25/09                        EFF DATE 11/12/09
     11/25/09     1298.84  10/01/09 1 POST-PETITION PMTS FROM SUSPENSE
     11/12/09     1300.00           TO DEBTOR SUSPENSE                         +
     11/04/09                        MOTION FOR RELIEF GRANTED
     11/03/09                        EFF DATE 10/15/09
     11/03/09     1298.84  09/01/09 1 POST-PETITION PMTS FROM SUSPENSE
     10/15/09     1300.00           TO DEBTOR SUSPENSE                         +
     10/14/09                        MOTION FOR RELIEF FILED
```

CE CARDY     DUE 01/01/10  PMT   1,298.84  TYPE CONV. RES
35 NE HOLMAN ST          PORTLAND OR 97211
------------------------------------------------------------------PRO EP1 ----

ACT    DATE       AMOUNT    DUE DATE

    09/15/09                       EFF DATE 09/03/09
    09/15/09     1298.84  08/01/09  1 POST-PETITION PMTS FROM SUSPENSE
    09/10/09                       PROC CHANGE TO EP1
    09/03/09     1300.00           TO DEBTOR SUSPENSE                      +
    08/21/09                       PROC CHANGE TO EZC
    08/20/09                       SUSPENSE BAL -0- AT SETUP               *
    08/20/09                       BNK ADDED CHAP 13 PROC BAK