```
 1  JESSE A. P. BAKER, OSB No. 100017
    ALDRIDGE PITE, LLP
 2  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 3  San Diego, CA 92177-0933
    Telephone: (858) 750-7600
 4  Facsimile: (619) 590-1385

 5  Attorneys for U.S. Bank Home Mortgage
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 09-35412-elp13 |
|---|---|
| CHRISTOPHER EMANUEL CARDY, | Chapter 13 |
| Debtor. | **MOTION FOR EX PARTE ORDER RESTRICTING PUBLIC ACCESS TO U.S. BANK HOME MORTGAGE'S AFFIDAVIT OF NATIONAL DEFAULT SERVICING CORPORATION, AUTHORIZED SERVICING AGENT FOR US BANK NATIONAL ASSOCIATION (DOCKET NO. 47),** |

U.S. Bank Home Mortgage, hereinafter referenced to as Movant, move this Court for an Ex Parte Order Restricting Public Access pursuant to 11 11 U.S.C. § 107 ( c) to the following AFFIDAVIT OF NATIONAL DEFAULT SERVICING CORPORATION, AUTHORIZED SERVICING AGENT FOR US BANK NATIONAL ASSOCIATION filed in this case.

Movant:     U.S. Bank Home Mortgage

Doc. No.:   47

Date Filed: April 27, 2010

### FACTUAL BACKGROUND

1.  Movant takes very seriously the need to protect its customers' confidential customer information ("CCI") and its obligations under Bankruptcy Rule 9037. Movant's good faith belief was that it had redacted the CCI in compliance with Bankruptcy Rule 9037 prior to filing AFFIDAVIT OF NATIONAL DEFAULT SERVICING CORPORATION,

CASE No. 09-35412-elp13
MOTION FOR EX PARTE ORDER RESTRICTING PUBLIC ACCESS

Case 09-35412-rld13    Doc 67    Filed 08/14/15

AUTHORIZED SERVICING AGENT FOR US BANK NATIONAL ASSOCIATION (Docket No. 47) in the above-captioned case (the "Designated Filing").

2. Movant, however, has recently uncovered certain imperfectly-redacted CCI in the Designated Filing and therefore files this Motion to remediate the filing.

3. Movant originally filed the Designated Filing on April 27, 2010.

## RELIEF REQUESTED

4. Movant requests entry of an order: (i) directing the Clerk of the Court to permanently restrict remote electronic access to the Designated Filing and (ii) authorizing Movant to file a redacted version of the Designated Filing that corrects any imperfectly redacted PII (the "Replacement Filing"). The Replacement Filing is identical to the Designated Filing in all respects except for the removal of any imperfectly redacted PII. A copy of the Replacement Filing is attached hereto as Exhibit A.

5. **WHEREFORE**, Movant respectfully requests that the Court enter an order: (i) directing the Clerk of the Court to permanently restrict remote electronic access to the Designated Filing; (ii) authorizing Movant to file the Replacement Filing, and (iii) granting such other and further relief as the Court deems appropriate.

Dated: August 14, 2015

Respectfully submitted,

ALDRIDGE PITE, LLP

/s/ Jesse A. P. Baker (OSB 100017)
Attorneys for U.S. Bank Home Mortgage

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER EMANUEL CARDY, <br><br> Debtor. | Case No. 09-35412-rld13 <br><br> AFFIDAVIT OF NATIONAL DEFAULT SERVICING CORPORATION, AUTHORIZED SERVICING AGENT FOR US BANK NATIONAL ASSOCIATION |

STATE OF ARIZONA )
                 )
COUNTY OF MARICOPA )

Olivia Todd, being first duly sworn on oath, deposes and says:

I am a President for the National Default Servicing Corporation, authorized servicing agent for US Bank National Association. I make this affidavit on the basis of my review of the files and records maintained with respect to the account at issue by US Bank National Association. All such records were made at or near the time of the events recorded and were kept in the ordinary course of business of US Bank National Association. I am a custodian of the records and can attest as to their authenticity and their mode of preparation.

US Bank National Association is servicing a loan secured by a deed of trust against real property owned by the Debtor. The deed of trust is held by US Bank National

AFFIDAVIT OF NATIONAL DEFAULT SERVICING
CORPORATION - 1

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

Association, a secured creditor in these proceedings. Attached hereto as Exhibit A is a true and correct copy of the post-petition payment history with respect to the account at issue, which is the subject of the motion for relief from stay. As more particularly shown in the payment history, the Debtor has made the following post-petition payments:

| Payment Made | Payment Due |
|---|---|
| September 3, 2009 | August 1, 2009 |
| October 15, 2009 | September 1, 2009 |
| November 12, 2009 | October 1, 2009 |
| January 12, 2010 | November 1, 2009 |
| February 16, 2010 | December 1, 2009 |
| March 15, 2010 | January 1, 2010 |
| April 14, 2010 | February 1, 2010 |

The account is past due for the months of March and April 2010. There was a payment change in March 2010. The payment due for February 2010 is $1,298.84. A payment of $1,400.00 was received on April 14, 2010 and was applied as the February 2010 payment with $52.41 applied to the February 2010 late charges and $48.75 to the suspense account.

The payments due for the months of March and April are $1,309.89 each. In addition, there are two late charges of $52.41 each for the months of March and April. Post-petition property inspection fees of $120 and post-petition attorney's fees and costs of $550 for the motion for relief from stay have also been incurred, together with a filing fee. The suspense balance is $304.46.

Dated this 23RD day of April, 2010.

_____
Olivia Todd, President of NDSC

Subscribed and sworn to before me this 23RD day of April, 2010.

AFFIDAVIT OF NATIONAL DEFAULT SERVICING CORPORATION - 2

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX 206/622-0354

Case 09-35412-elp13    Doc 47    Filed 04/27/10
Case 09-35412-rld13    Doc 67    Filed 08/14/15

**EXHIBIT A**

[Notary stamp:]
Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

Notary Public in and for Maricopa County
The State of ARIZONA
Printed Name: PAMELA CARDY
My Commission Expires: JUNE 8, 2011

AFFIDAVIT OF NATIONAL DEFAULT SERVICING
CORPORATION - 3

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX 206/622-0354

**EXHIBIT A**

```
BNKH  ▓▓▓▓▓▓▓▓▓▓▓▓▓     YY BANKRUPTCY HIST  CH 13    J    04/21/10 14:11:44
CE CARDY     DUE 02/01/10   PMT    1,298.84  TYPE CONV. RES
35 NE HOLMAN ST             PORTLAND OR 97211
-------------------------------* PF8 FOR MORE HIST *----------------PRO EP1 ----
ACT   DATE       AMOUNT     DUE DATE

     04/20/10                          MOTION FOR RELIEF HEARING
     04/15/10        99.00  03/01/10   TO TRUSTEE SUSPE/033110/000000000235018
     04/15/10        52.41             TO LC (2/10)                              *
     04/15/10                          EFF DATE 04/15/10
     04/15/10      1351.25  02/01/10   1 POST-PETITION PMTS FROM SUSPENSE
     04/14/10      1400.00             TO DEBTOR SUSPENSE                        +
     03/30/10                          MOTION FOR RELIEF FILED
     03/16/10        52.41             PD TO LC (01/10)                          *
     03/16/10                          EFF DATE 03/15/10
     03/16/10      1351.25  01/01/10   1 POST-PETITION PMTS FROM SUSPENSE
     03/15/10      1400.00             TO DEBTOR SUSPENSE                        +
     03/11/10                          MOTION FOR RELIEF REQUESTED
     03/08/10        99.00  02/01/10   TO TRUSTEE SUSPE/022610/000000000233312
     02/25/10                          EFF DATE 02/16/10
     02/25/10      1298.84  12/01/09   1 POST-PETITION PMTS FROM SUSPENSE
     02/16/10      1400.00             TO DEBTOR SUSPENSE                        +
```

```
BNKH ████████         YY BANKRUPTCY HIST  CH 13        04/12/10 14:03:39
CE CARDY     DUE 01/01/10  PMT    1,298.84  TYPE CONV. RES
35 NE HOLMAN ST          PORTLAND OR 97211
-----------------------------* PF8 FOR MORE HIST *----------------PRO EP1 ----
ACT    DATE      AMOUNT      DUE DATE

       03/30/10                          MOTION FOR RELIEF FILED
       03/16/10       52.41              PD TO LC (01/10)                    *
       03/16/10                          EFF DATE 03/15/10
       03/16/10     1351.25  01/01/10  1 POST-PETITION PMTS FROM SUSPENSE
       03/15/10     1400.00              TO DEBTOR SUSPENSE                  +
       03/11/10                          MOTION FOR RELIEF REQUESTED
       03/08/10       99.00  02/01/10    TO TRUSTEE SUSPE/022610/000000000233312
       02/25/10                          EFF DATE 02/16/10
       02/25/10     1298.84  12/01/09  1 POST-PETITION PMTS FROM SUSPENSE
       02/16/10     1400.00              TO DEBTOR SUSPENSE                  +
       02/10/10       99.00  01/01/10    TO TRUSTEE SUSPE/012910/000000000231624
       01/27/10                          EFF DATE 01/12/10
       01/27/10     1298.84  11/01/09  1 POST-PETITION PMTS FROM SUSPENSE
       01/27/10                        10  CONSENT ORDER/APO/STIP
       01/27/10                        10  CONSENT ORDER/APO/STIP
       01/12/10     1400.00              TO DEBTOR SUSPENSE                  +
```

EXHIBIT A

```
BNKH ███████████     ____   YY BANKRUPTCY HIST  CH 13    /     04/12/10 14:03:39
CE CARDY       DUE 01/01/10  PMT    1,298.84  TYPE CONV. RES
35 NE HOLMAN ST            PORTLAND OR 97211
----------------------------* PF8 FOR MORE HIST *----------------PRO EP1 ----
ACT    DATE      AMOUNT     DUE DATE

       01/07/10     495.00  12/01/09  TO TRUSTEE SUSPE/123109/000000000229973
       12/28/09                       BNK ADDED CHAP 13 PROC EP1
       11/27/09                       REMOVE -
       11/27/09                       01  11/04/09  MOTION FOR RELIEF GRANTED
       11/27/09                       TR SUSP BAL (0) AT CLOSING              *
       11/27/09                       DT SUSP BAL (3.48) AT CLOSING           *
       11/25/09                       *TR SUSP BAL -0-*                       *
       11/25/09                       *DT SUSP BAL AT CLOSING $3.48*          *
       11/25/09                       EFF DATE 11/12/09
       11/25/09    1298.84  10/01/09  1 POST-PETITION PMTS FROM SUSPENSE
       11/12/09    1300.00            TO DEBTOR SUSPENSE                      +
       11/04/09                       MOTION FOR RELIEF GRANTED
       11/03/09                       EFF DATE 10/15/09
       11/03/09    1298.84  09/01/09  1 POST-PETITION PMTS FROM SUSPENSE
       10/15/09    1300.00            TO DEBTOR SUSPENSE                      +
       10/14/09                       MOTION FOR RELIEF FILED
```

EXHIBIT A

Case 09-35412-elp13   Doc 47   Filed 04/27/10
Case 09-35412-rld13   Doc 67   Filed 08/14/15

```
BNKH ▓▓▓▓▓▓▓▓▓▓▓▓       rY BANKRUPTCY HIST  CH 13            04/12/10 14:03:39
CE CARDY      DUE 01/01/10  PMT    1,298.84  TYPE CONV. RES
35 NE HOLMAN ST             PORTLAND OR 97211
------------------------------------------------------------------PRO EP1 ----
ACT    DATE      AMOUNT    DUE DATE

       09/15/09                       EFF DATE 09/03/09
       09/15/09    1298.84  08/01/09  1 POST-PETITION PMTS FROM SUSPENSE
       09/10/09                       PROC CHANGE TO EP1
       09/03/09    1300.00             TO DEBTOR SUSPENSE                    +
       08/21/09                       PROC CHANGE TO EZC
       08/20/09                       SUSPENSE BAL -0- AT SETUP              *
       08/20/09                       BNK ADDED CHAP 13 PROC BAK
```

EXHIBIT A

Case 09-35412-elp13   Doc 47   Filed 04/27/10
Case 09-35412-rld13   Doc 67   Filed 08/14/15

| | |
|---|---|
| 1 | JESSE A. P. BAKER, OSB No. 100017<br>**ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 2 | |
| 3 | |
| 4 | |
| 5 | Attorneys for U.S. Bank Home Mortgage |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 09-35412-elp13 |
|---|---|
| CHRISTOPHER EMANUEL CARDY, | Chapter 13 |
| Debtor. | PROOF OF SERVICE BY MAIL |

I, Chansamone Kwan, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On August 14, 2015, I served the MOTION FOR EX PARTE ORDER RESTRICTING PUBLIC ACCESS TO U.S. BANK HOME MORTGAGE'S AFFIDAVIT OF NATIONAL DEFAULT SERVICING CORPORATION, AUTHORIZED SERVICING AGENT FOR US BANK NATIONAL ASSOCIATION (DOCKET NO. 47), in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2015         /s/ *Chansamone Kwan*
                                                    CHANSAMONE KWAN

# SERVICE LIST

**DEBTOR**

Christopher Emanuel Cardy
35 NE Holman
Portland, OR 97211

**DEBTOR'S ATTORNEY**
**(Via Electronic Notice)**

NICHOLAS J HENDERSON
117 SW Taylor St #200
Portland, OR 97204

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

Wayne Godare
222 SW Columbia St #1700
Portland, OR 97201

**U.S. TRUSTEE**
**(Via Electronic Notice)**

405 E 8th Ave #1100
Eugene, OR 97401-2706
USTPRegion18.EG.ECF@usdoj.gov